37572. FIRST NATIONAL BANK OF TUCKER et al. v. COBB et al.

Judgment of the trial court is affirmed without opinion pursuant to Rule 59.

*All the Justices concur.*

DECIDED OCTOBER 20, 1981.

*Somers & Altenbach, Fred L. Somers, Jr., John W. Gibson, Charles E. Jabaley, David W. Drake,* for appellants.

*Turnage, Leavell & Ray, Kirby L. Turnage, Swertfeger & Scott, L. Jack Swertfeger, Gambrell, Russell & Forbes, G. Ray Warner, Douglas N. Campbell, Neely, Player, Hamilton, & Hines, Edgar A. Neely, Harry L. Cooper, Johnson & Montgomery, Albert Sidney Johnson, McDaniel, Seigler, Chorey & Taylor, John L. Taylor, Jr.,* for appellees.